IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                      Plaintiff,

   v.

JEFF TWING,

                      Defendant.

OPINION and ORDER

19-cv-335-jdp

---

Plaintiff James Edward Grant, appearing pro se, has filed a document he calls a "Motion for New Complaint," Dkt. 1, in which he states that defendant Jeff Twing, a special agent with the Wisconsin Department of Justice, is harassing him by falsely accusing him of harassing and stalking an assistant attorney general.

Under the terms of sanctions issued by this court, Grant generally remains barred from proceeding with new cases until he pays off the large debt he owes for filing fees for the cases and appeals he previously filed. The only case-initiating documents he may file are habeas corpus petitions and complaints in which he alleges that he is in imminent danger of serious physical harm. *See Grant v. Gill*, No. 15-cv-420-jdp, 2016 WL 80676 (W.D. Wis. Jan. 7, 2016). Because Grant's new complaint does not fall under either of the allowed categories of case-initiating documents he may file, I will dismiss this case.

ORDER

IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment for defendant and close this case.

Entered May 2, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge