IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

v.

                                                Case No. 19-cv-335-jdp

JEFF TWING,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 5/2/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

    It appearing that there is no just reason for delay, I direct that this final judgment be entered.